**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                           Case No. 10-CR-026-02-PB

<u>**Melissa Knox**</u>

<u>**O R D E R**</u>

The court finds reasonable cause to believe that the defendant may presently be suffering from a mental disease that could affect her competency to plead guilty or stand trial. Accordingly, pursuant to 18 U.S.C. §§ 4241, 4247, and with the consent of the parties, the court commits the defendant to the custody of the Bureau of Prisons for a period not to exceed 45 days to be placed in a suitable facility and examined by a qualified psychiatrist. Following such examination, the psychiatrist shall prepare a report to be filed under seal addressing the defendant's competency. This report shall also take into account any medications the defendant is currently taking.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 13, 2010

cc:  Michael Iacopino, Esq.
     Jennifer C. Davis, AUSA
     Cathy J. Green, Esq.
     Douglas J. Miller, Esq.
     Richard Monteith, Jr., Esq.
     United States Probation
     United Sates Marshal