```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                Case No. 10-CR-026-02-PB

**Melissa Knox**


### AMENDED ORDER

The court modifies its October 13, 2010 order referring the defendant for a psychiatric evaluation to indicate that the evaluation shall be done by a qualified forensic psychologist.

SO ORDERED.

                                                      /s/Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

October 14, 2010

cc:  Michael Iacopino, Esq.
     Jennifer C. Davis, AUSA
     Cathy J. Green, Esq.
     Douglas J. Miller, Esq.
     Richard Monteith, Jr., Esq.
     United States Probation
     United Sates Marshal